JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA CANADA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FIVE STAR QUALITY CARE-CA, LLC d/b/a LANCASTER HEALTHCARE CENTER, a Delaware limited liability company; FIVE STAR QUALITY CARECAL II, LLC, a Delaware limited liability company; FIVE STAR QUALITY CARECA, INC., a Delaware Corporation; and DOES 1 through 20, <br><br> Defendants. | Case No.: CV 18-5388-DMG (PLAx) <br><br> **ORDER RE STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE [20]** |

Having considered the Parties' stipulation to dismiss with prejudice the Complaint and all causes of action that are or could have been asserted therein against Defendants, whether currently pending or previously dismissed, and good cause appearing, the Court approves the stipulation and dismisses the above-captioned action, in its entirety, with prejudice. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: March 19, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-